IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF FLORIDA, TALLAHASSEE DIVISION

VENITA WOODFAULK,

     Plaintiff,                        Case No.

v.

DOCTORS MEMORIAL
HOSPITAL, INC.,

     Defendant.

_____/

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE, pursuant to 28 U.S.C. §1441 and §1446, the above-captioned action is removed by Defendant, DOCTORS MEMORIAL HOSPITAL, INC. ("DMH"), from the Circuit Court of the Third Judicial Circuit, in and for Taylor County, Florida, to the United States District Court for the Northern District of Florida, by the filing of this Notice of Removal with the Clerk of the United States District Court for the Northern District of Florida. In support, DMH states:

1.     On November 9, 2016, Plaintiff, VENITA WOODFAULK (hereinafter referred to as "Plaintiff") commenced this action in the Circuit Court of the Third Judicial Circuit, in and for Taylor County, Florida, Case No. 2017-CA-000563 (hereinafter referred to as "the State Court Action"). On November 28, 2017,

Plaintiff served process on DMH in the State Court Action. Accordingly, the time within which DMH is required to file this Notice of Removal has not yet expired. *See* 28 U.S.C. §1446(b).

2.     Copies of all process and pleadings served in the State Court Action are attached hereto as composite Exhibit "A". A copy of the written notice, required by 28 U.S.C. §1446(d), addressed to the adverse party, and to the Clerk of Taylor County, Florida, is attached hereto as Exhibit "B", and will be filed in the State Court Action and forwarded to Plaintiff upon the filing of this Notice of Removal.

3.     This action is of a civil nature, and involves claims of discrimination and retaliation, based upon alleged violations of 42 U.S.C. §2000e *et. seq.*; 42 U.S.C. §1981a; and Chapter 760, Florida Statutes.

4.     Pursuant to 28 U.S.C. §1331, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." In her Complaint, Plaintiff expressly alleges discrimination and retaliation in violation of 42 U.S.C. §2000e, *et. seq.*, and 42 U.S.C. §1981a, which are statutes arising under the laws of the United States. Accordingly, DMH may remove the State Court Action to this Court pursuant to 28 U.S.C. §1441(a). Although the state court may have concurrent jurisdiction, see Yellow Freight System, Inc. v. Donnelly, 494 U.S. 820 (1990), DMH's right of removal remains intact. Chilton v. Savannah Foods & Indus., Inc., 814 F.2d 620, 623 (11th Cir. 1987).

2

5.    Pursuant to 28 U.S.C. §1441(c), this Court has supplemental jurisdiction over Plaintiff's claims alleged under Chapter 760, Florida Statutes. Since Plaintiff joined these state claims with her federal claims under 42 U.S.C. §2000e *et. seq.*, and 42 U.S.C. §1981a, the entire case may be removed.

6.    A Civil Cover Sheet and payment of $400 in filing fees shall accompany this notice.

WHEREFORE, Defendant DOCTORS MEMORIAL HOSPITAL, INC., respectfully requests that this Court take jurisdiction of this action, to the exclusion of any further proceedings in state court, as provided by law.

Respectfully submitted, this 18th day of December 2017.

/s/Michael J. Thomas
**Michael J. Thomas**
Florida Bar No: 897760
**Gerald D. Bryant**
Florida Bar No: 58288
**Chase E. Boswell**
Florida Bar No: 124314
PENNINGTON, P.A.
215 S. Monroe Street, 2d Floor
Tallahassee, Florida 32301
mike@penningtonlaw.com
thomasteam@penningtonlaw.com
cboswell@penningtonlaw.com
jbryant@penningtonlaw.com
Telephone: (850) 222-3533
Facsimile: (850) 222-2126
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed

electronically and furnished on this 18th day of December 2017, by CM/ECF to:

Tiffany R. Cruz
Friedman & Abrahamsen
524 E. College Avenue
Tallahassee, FL 32301
T: (850) 681-3540
F: (850) 270-6927
Tiffany@fa-lawyers.com
*Attorney for Plaintiff*

/s/Michael J. Thomas
ATTORNEY

4